1   DAVID A. STEINBERG (SBN 130593)
     das@msk.com
2   WADE B. GENTZ (SBN 249793)
     wbg@msk.com
3   MITCHELL SILBERBERG & KNUPP LLP
     11377 West Olympic Boulevard
4   Los Angeles, California 90064-1683
     Telephone: (310) 312-2000
5   Facsimile:  (310) 312-3100

6   Attorneys for Plaintiffs,
     AMERICAN DAIRY QUEEN
7   CORPORATION and DQF, INC.

FILED
CLERK, U.S. DISTRICT COURT

MAR - 7 2008

CENTRAL DISTRICT OF CALIFORNIA

8

9

10            UNITED STATES DISTRICT COURT

11            CENTRAL DISTRICT OF CALIFORNIA

12

13   AMERICAN DAIRY QUEEN
     CORPORATION and DQF, INC.,
14

15               Plaintiffs,

16      v.

17   MYUNG TAEK LEE,

18               Defendant.

Case No. CV08-01505 AHM

[PROPOSED] TEMPORARY
RESTRAINING ORDER AND
ORDER TO SHOW CAUSE RE
PRELIMINARY INJUNCTION

Time:   TBD
Date:   TBD

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

1758565.1

[PROPOSED] TRO AND OSC RE PRELIMINARY INJUNCTION

Dockets.Justia.com

1    On reading the Application of Plaintiffs for Temporary Restraining Order

2    and Order to Show Cause Re Preliminary Injunction, the Memorandum of Points

3    and Authorities, the Declaration of Judy Munoz, and supporting exhibits filed in    *AMy*

4    this action by Plaintiffs, American Dairy Queen Corporation ("ADQ") and DQF,

    *having considered the Defendant's opposition papers which lacked any corroborating*

5    Inc., and it appearing to the satisfaction of the Court that this is a proper case for    *evidentiary*

6    granting a temporary restraining order and an order to show cause why a    *support,*

7    preliminary injunction should not issue, and that Plaintiffs will suffer irreparable

8    injury unless the temporary restraining order prayed for is granted:

9

10    ## ORDER TO SHOW CAUSE

11    IT IS HEREBY ORDERED that defendant, Myung Taek Lee ("Lee"), show

12    cause at _11:00 am_ on _3/19_ 2008, or as soon thereafter as

13    counsel may be heard, in the courtroom of the Honorable _A. Howard Matz_,

14    located at ~~255 East Temple Street,~~ *312 N. Spring St. Court* Room _14_, Los Angeles, California 90012,

15    why he, and all of his agents, servants, employees, and attorneys, and those

16    persons in active concert or participation or privity with any of them, should not be

17    preliminarily restrained as follows:

18        1.    From using, advertising, or displaying the DAIRY QUEEN® or

19    TREAT CENTER® names or any of ADQ's trademarks or service marks (as

20    identified in the attached Exhibit A) in any manner, including, but not limited to,

21    use on signs, posters, point of sale materials, Internet websites, telephone

22    directories, magazines, flyers, sales promotion materials, menu boards, menu board

23    strips, paper goods, product packaging, cups, lids, utensils, manuals, uniforms, or

24    any other items on the building or premises of defendant's former DAIRY

25    QUEEN® TREAT CENTER® stores, at any other location, or in any other

26    medium, without a license from ADQ;

27

28

Mitchell
Silberberg &
Knupp LLP
1758565.1

[PROPOSED] TRO AND OSC RE PRELIMINARY INJUNCTION

2.    From using or displaying any of ADQ's copyrighted materials, in any way, on the building or premises of defendant's former DAIRY QUEEN® TREAT CENTER® stores, or at any other location, without permission from ADQ; *ADM*

3.    From selling any goods or providing any services at 294 Foxhills Mall in Culver City, California, or at Baldwin Hills Crenshaw Plaza, 3650 W ML King Jr. Boulevard, Suite 139, Los Angeles, California, until defendant has removed all signs, posters, point of sale materials, menu boards, menu board strips, paper goods, product packages, cups, lids, utensils, manuals, or any other item bearing any of ADQ's trademarks or service marks, *as set forth in Exhibit A.*



1

## TEMPORARY RESTRAINING ORDER

2    IT IS FURTHER ORDERED that, pending the hearing and determination of

3    the Order to Show Cause, Lee, and all of his agents, servants, employees, and

4    attorneys, and those persons in active concert or participation or privity with any of

5    them, shall be and hereby are restrained and enjoined from the activities described

6    in the ~~attached~~ *preceding* Order to Show Cause, *except as modified above.*

7    A copy of this Temporary Restraining Order and Order to Show Cause Re

8    Preliminary Injunction, together with all accompanying legal memoranda,

9    declarations, and exhibits, shall be served upon Lee on or before

10    *3/11*_____, 2008.  Lee's opposition papers shall be filed and served on

11    Plaintiffs by e-mail and fax on or before _____ *3/14*_____, 2008.  Plaintiffs'

12    reply papers shall be filed and served by e-mail and fax on or before

13    *3/17*_____, 2008.

14    Plaintiffs shall ~~not~~ be required to post a bond upon the issuance of this

15    Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction,

16    *in the amount of $10,000.*
     IT IS SO ORDERED.

17

18    Dated:  MAR – 7 2008
     _____          _____
                                      United States District Judge

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

1758565.1

1    Respectfully submitted by:

2    DAVID A. STEINBERG
     WADE B. GENTZ
3    MITCHELL SILBERBERG & KNUPP LLP

4

5    By: _____

6        Wade B. Gentz
         Attorneys for Plaintiffs,
7        AMERICAN DAIRY QUEEN
         CORPORATION and DQF, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Mitchell    28
Silberberg &
Knupp LLP

1758565.1

[PROPOSED] TRO AND OSC RE PRELIMINARY INJUNCTION

| COUNTRY | REFERENCE# | FILED | APPL# | REGDT | REG# | STATUS | CLASSES |
|---|---|---|---|---|---|---|---|
| **"KORNY" THE KARMELKORN KANGAROO** | | | | | | | |
| UNITED STATES | 33354-US-005 | 6/21/1978 | 73/175,339 | 2/12/1980 | 1,131,013 | REGISTERED | 42 |
| **9'S ARE WILD** | | | | | | | |
| UNITED STATES | 56941-US-068 | 4/13/1992 | 74/264,979 | 12/1/1992 | 1,737,383 | REGISTERED | 42 |
| **A SMILE AND A STORY** | | | | | | | |
| UNITED STATES | 56941-US-189 | 4/28/2006 | 78/871,843 | 2/13/2007 | 3,209,103 | REGISTERED | 043 |
| **ARCTIC RUSH** | | | | | | | |
| UNITED STATES | 56941-US-178 | 10/1/2004 | 78/492,912 | 2/6/2007 | 3,204,992 | REGISTERED | 032 |
| **ARE YOU READY TO CHILL?** | | | | | | | |
| UNITED STATES | 56941-US-145 | 4/10/2002 | 78/120,690 | 5/11/2004 | 2,841,557 | REGISTERED | 043 |
| **BANANARILLA** | | | | | | | |
| UNITED STATES | 37818-US-046 | 10/14/1994 | 74/585,606 | 6/4/1996 | 1,978,930 | REGISTERED | 32 |
| **BLENDTENDER** | | | | | | | |
| UNITED STATES | 37818-US-054 | 4/14/1998 | 75/468,059 | 7/6/1999 | 2,259,276 | REGISTERED | 42 |
| **BLIZZARD** | | | | | | | |
| UNITED STATES | 56941-US-158 | 10/16/1967 | 72/282,523 | 7/21/1970 | 895,139 | REGISTERED | 30 |
| UNITED STATES | 56941-US-007 | 11/6/1987 | 73/694,056 | 9/6/1988 | 1,503,396 | REGISTERED | 42 |
| UNITED STATES | 56941-US-054 | 2/20/1987 | 73/645,656 | 9/29/1987 | 1,458,987 | REGISTERED | 7 |
| **BLIZZARD and Design** | | | | | | | |
| UNITED STATES | 56941-US-108 | 9/12/1950 | 71/603,440 | 6/10/1952 | 559,844 | REGISTERED | 30 |
| **BLIZZARD PIE** | | | | | | | |
| UNITED STATES | 56941-US-072 | 7/26/1993 | 74/417,372 | 6/21/1994 | 1,840,734 | REGISTERED | 30 |
| **BLIZZARD WIZZARD DESIGN** | | | | | | | |
| UNITED STATES | 56941-US-162 | 11/3/1989 | 73/835,985 | 11/27/1990 | 1,625,366 | REGISTERED | 42 |
| **BRAZIER** | | | | | | | |
| UNITED STATES | 56941-US-017 | 10/19/1970 | 72/373,631 | 7/4/1972 | 937,192 | REGISTERED | 30 |
| UNITED STATES | 56941-US-096 | 7/7/1965 | 72/222,804 | 9/6/1966 | 814,632 | REGISTERED | 30 |
| **BRAZIER IN ELLIPSE LOGO** | | | | | | | |
| UNITED STATES | 56941-US-128 | 7/31/1963 | 72/174,067 | 3/29/1966 | 806,494 | REGISTERED | 42 |
| **BREEZE** | | | | | | | |
| UNITED STATES | 56941-US-058 | 4/1/1988 | 73/720,053 | 2/21/1989 | 1,526,003 | REGISTERED | 30 |
| **BROWNIE EARTHQUAKE** | | | | | | | |
| UNITED STATES | 56941-US-133 | 6/22/2000 | 78/077,644 | 7/31/2001 | 2,473,521 | REGISTERED | 30 |

Exhibit __A__

Page __18__

EXHIBIT B

EXHIBIT C

| Mark / Country | Reg. No. | Filing Date | Serial No. | Reg. Date | Reg. Number | Status | Class |
|---|---|---|---|---|---|---|---|
| **BRRRING IT ON!** | | | | | | | |
| UNITED STATES | 56941-US-182 | 2/7/2005 | 78/581,582 | | | | |
| **BURGERS WITH SOMETHING TO PROVE** | | | | | | | |
| UNITED STATES | 56941-US-174 | 7/26/2004 | 78/456,374 | 1/26/2006 | 3,178,168 | REGISTERED | CS |
| **BUSTER BAR** | | | | | | | |
| UNITED STATES | 56941-US-105 | 8/1/1966 | 72/251,395 | 12/13/2005 | 3,027,582 | REGISTERED | 043 |
| **CHEESEQUAKE** | | | | | | | |
| UNITED STATES | 56941-US-147 | 2/26/2003 | 78/219,086 | 4/30/1968 | 848,260 | REGISTERED | 30 |
| **CHILI MELTDOWN** | | | | | | | |
| UNITED STATES | 56941-US-194 | 4/24/2007 | 77/164,215 | 1/25/2005 | 2,921,580 | REGISTERED | 030 |
| **CHILLABRATION** | | | | | | | |
| UNITED STATES | 56941-US-179 | 12/1/2004 | 78/525,303 | 1/1/2008 | 3,362,084 | REGISTERED | 030 |
| **CHOCOLATE CORRUPTION** | | | | | | | |
| UNITED STATES | 56941-US-184 | 5/2/2005 | 78/621,322 | 4/18/2006 | 3,083,824 | REGISTERED | 030 |
| **CHOCOLATE ROCK** | | | | | | | |
| UNITED STATES | 56941-US-087 | 1/23/1998 | 75/422,494 | 6/29/1999 | 3,082,638 | REGISTERED | 030 |
| **CHOCOLOSSAL** | | | | | | | |
| UNITED STATES | 56941-US-185 | 5/25/2005 | 78/637,359 | 11/21/2006 | 2,258,099 | REGISTERED | 30 |
| **COMBO CORN** | | | | | | | |
| UNITED STATES | 33354-US-013 | 12/9/1991 | 74/229,081 | 7/7/1992 | 3,175,435 | REGISTERED | 030 |
| **COOL TREATS Stylized** | | | | | | | |
| UNITED STATES | 56941-US-070 | 10/27/1992 | 74/326,534 | 12/21/1993 | 1,700,006 | REGISTERED | 30 |
| **CREW COINS** | | | | | | | |
| UNITED STATES | 56941-US-180 | 12/21/2004 | 78/536,271 | 9/12/2006 | 1,813,208 | REGISTERED | 42 |
| **CROSSING CURL DESIGN** | | | | | | | |
| UNITED STATES | 56941-US-066 | 11/20/1996 | 75/201,240 | 8/25/1998 | 3,143,421 | REGISTERED | 043 |
| **CURLY TOP** | | | | | | | |
| UNITED STATES | 56941-US-090 | 12/19/1996 | 75/215,492 | 10/5/1999 | 2,183,417 | REGISTERED | 30 |
| **DAIRY QUEEN** | | | | | | | |
| UNITED STATES | 56941-US-137 | | | | 2,283,607 | REGISTERED | 42 |
| UNITED STATES | 56941-US-149 | 10/26/1989 | 73/834,086 | 5/22/1990 | 1,597,747 | | 32 |
| UNITED STATES | 56941-US-023 | 10/20/1989 | 73/832,576 | 5/15/1990 | 1,596,949 | REGISTERED | 42 |
| UNITED STATES | 56941-US-063 | 6/21/1971 | 72/395,333 | 4/24/1973 | 957,999 | REGISTERED | 35 |
| UNITED STATES | 56941-US-136 | 1/8/1991 | 74/128,818 | 10/15/1991 | 1,661,004 | REGISTERED | 30 |
| UNITED STATES | 56941-US-124 | 4/21/1958 | 72/050,085 | 3/20/1962 | 728,894 | REGISTERED | 30 |
| UNITED STATES | 56941-US-126 | 8/15/1963 | 72/175,087 | 9/1/1964 | 776,277 | REGISTERED | 30 |
| | | 7/13/1964 | 72/197,650 | 1/11/1966 | 801,849 | REGISTERED | 11 |

Exhibit __A__

Page __19__

**EXHIBIT B**

EXHIBIT C

**DAIRY QUEEN AND CONE DESIGN**

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-022 | 11/12/1970 | 72/375,797 | 3/6/1973 | 954,524 | REGISTERED | 30 |

**DAIRY QUEEN AND ELLIPSE LOGO**

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-159 | 10/23/1989 | 73/833,194 | 6/5/1990 | 1,599,746 | REGISTERED | 29 |

**DAIRY QUEEN IN ELLIPSE LOGO**

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-010 | 6/11/1987 | 73/665,899 | 2/9/1988 | 1,476,339 | REGISTERED | 42 |
| UNITED STATES | 56941-US-060 | 2/24/1989 | 73/783,476 | 10/31/1989 | 1,563,480 | REGISTERED | 25 |
| UNITED STATES | 56941-US-064 | 11/29/1990 | 74/119,026 | 11/19/1991 | 1,665,176 | REGISTERED | 30 |
| UNITED STATES | 56941-US-119 | 6/4/1962 | 72/145,996 | 1/14/1964 | 763,209 | REGISTERED | 30 |
| UNITED STATES | 56941-US-127 | 7/23/1964 | 72/198,394 | 2/15/1966 | 804,002 | REGISTERED | 30 |
| UNITED STATES | 56941-US-129 | 6/9/1965 | 72/220,730 | 7/19/1966 | 811,416 | REGISTERED | 25 |

**DAIRY QUEEN stylized**

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-135 | 10/23/1953 | 71/655,259 | 3/13/1962 | 728,531 | REGISTERED | 11 |

**DILLY**

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-109 | 8/31/1953 | 71/652,510 | 7/5/1955 | 608,408 | REGISTERED | 30 |

**DILLY BAR DESIGN**

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-002 | 6/6/1975 | 73/054,313 | 1/27/1981 | 1,146,560 | REGISTERED | 30 |

**DILLY BAR DESIGN (SHOWING BITE)**

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-035 | 2/5/1976 | 73/076,369 | 3/27/1979 | 1,115,863 | REGISTERED | 30 |

**DQ**

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-020 | 6/21/1971 | 72/395,334 | 1/23/1973 | 951,528 | REGISTERED | 35 |
| UNITED STATES | 56941-US-024 | 11/19/1971 | 72/408,164 | 6/5/1973 | 960,525 | REGISTERED | 30 |
| UNITED STATES | 56941-US-026 | 9/20/1972 | 72/436,176 | 8/7/1973 | 965,673 | REGISTERED | 32 |
| UNITED STATES | 56941-US-031 | 9/4/1970 | 72/369,870 | 2/5/1974 | 978,236 | REGISTERED | 29,30 |
| UNITED STATES | 56941-US-190 | 6/14/2006 | 78/908,370 | 2/20/2007 | 3,211,469 | REGISTERED | 043 |

**DQ CHIPPER SANDWICH**

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-044 | 7/6/1984 | 73/488,606 | 4/9/1985 | 1,329,927 | REGISTERED | 30 |

**DQ CLASSIC CAKES Stylized**

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-065 | 10/2/1990 | 74/102,570 | 5/26/1992 | 1,689,190 | REGISTERED | 30 |

**DQ GRILL & CHILL**

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-141 | 7/23/2001 | 76/289,075 | 7/9/2002 | 2,592,944 | REGISTERED | 42 |

**DQ GRILL & CHILL DESIGN**

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-144 | 12/10/2001 | 76/347,124 | 9/10/2002 | 2,618,161 | REGISTERED | 042 |

**DQ in Color Ellipse Logo (2007)**

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-195 | 5/30/2007 | 77/193,482 | 1/15/2008 | 3,369,016 | REGISTERED | 030 |

**DQ IN ELLIPSE LOGO**

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-005 | 10/22/1987 | 73/691,230 | 6/28/1988 | 1,494,685 | REGISTERED | 42 |

Exhibit _A_

Page _20_

EXHIBIT B

EXHIBIT C

**DQ IN ELLIPSE LOGO** continued . . .

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-030 | 1/17/1973 | 72/446,170 | 1/15/1974 | 976,938 | REGISTERED | 29,30 |
| UNITED STATES | 56941-US-037 | 12/26/1979 | 73/240,997 | 1/19/1982 | 1,187,047 | REGISTERED | 32 |

**DQ IN MODIFIED ELLIPSE LOGO**

| UNITED STATES | 56941-US-181 | 1/20/2005 | 78/551,137 | 1/17/2006 | 3,046,169 | REGISTERED | 043 |
|---|---|---|---|---|---|---|---|

**DQ RESTAURANT**

| UNITED STATES | 56941-US-034 | 8/28/1972 | 72/433,920 | 5/14/1974 | 984,155 | REGISTERED | 42 |
|---|---|---|---|---|---|---|---|

**DQ TREATZZA PIZZA**

| UNITED STATES | 56941-US-076 | 5/26/1994 | 74/529,790 | 4/9/1996 | 1,966,198 | REGISTERED | 30 |
|---|---|---|---|---|---|---|---|

**DQ ULTIMATE**

| UNITED STATES | 56941-US-084 | 9/11/1996 | 75/164,446 | 3/3/1998 | 2,141,545 | REGISTERED | 30 |
|---|---|---|---|---|---|---|---|

**DREAM PIE**

| UNITED STATES | 56941-US-187 | 7/26/2005 | 78/678,263 | 12/19/2006 | 3,188,214 | REGISTERED | 030 |
|---|---|---|---|---|---|---|---|

**EAT, DRINK AND BE MERRY**

| UNITED STATES | 56941-US-160 | 8/24/1970 | 72/304,879 | 11/3/1970 | 901,962 | REGISTERED | 35 |
|---|---|---|---|---|---|---|---|

**ELLIPSE LOGO DESIGN**

| UNITED STATES | 56941-US-032 | 2/7/1972 | 72/410,330 | 2/19/1974 | 979,090 | REGISTERED | 42 |
|---|---|---|---|---|---|---|---|

**FLAMETHROWER**

| UNITED STATES | 56941-US-148 | 6/10/2003 | 78/260,657 | 11/1/2005 | 3,010,499 | REGISTERED | 030 |
|---|---|---|---|---|---|---|---|

**FLAVORED IN FLAME**

| UNITED STATES | 56941-US-015 | 7/9/1968 | 72/302,291 | 7/8/1969 | 872,750 | REGISTERED | 42 |
|---|---|---|---|---|---|---|---|

**GEORGIA MUD FUDGE**

| UNITED STATES | 56941-US-134 | 11/30/1999 | 75/860,700 | 4/2/2002 | 2,554,725 | REGISTERED | 30 |
|---|---|---|---|---|---|---|---|

**GRILL & CHILL**

| UNITED STATES | 56941-US-140 | 7/23/2001 | 76/289,002 | 7/9/2002 | 2,592,943 | REGISTERED | 42 |
|---|---|---|---|---|---|---|---|

**GRILLBURGER & Design**

| UNITED STATES | 56941-US-177 | 9/2/2004 | 78/477,999 | 4/18/2006 | 3,081,815 | REGISTERED | 30 |
|---|---|---|---|---|---|---|---|

**HOT EATS COOL TREATS stylized**

| UNITED STATES | 56941-US-071 | 9/28/1992 | 74/317,751 | 1/25/1994 | 1,818,601 | REGISTERED | 42 |
|---|---|---|---|---|---|---|---|

**IDQ**

| UNITED STATES | 56941-US-165 | 12/7/1993 | 74/466,989 | 4/11/1995 | 1,888,864 | REGISTERED | 37,42 |
|---|---|---|---|---|---|---|---|

**IMAGE BOX (DAIRY QUEEN IN ELLIPSE LOGO)**

| UNITED STATES | 56941-US-069 | 3/3/1992 | 74/251,852 | 6/22/1993 | 1,778,055 | REGISTERED | 42 |
|---|---|---|---|---|---|---|---|

**IRREGULAR RECTANGULAR DESIGN**

| UNITED STATES | 56941-US-019 | 9/4/1970 | 72/369,871 | 12/26/1972 | 949,432 | REGISTERED | 30 |
|---|---|---|---|---|---|---|---|

**IT'S A REAL TREAT**

| UNITED STATES | 56941-US-161 | 12/11/1989 | 74/009,302 | 7/31/1990 | 1,608,587 | REGISTERED | 42 |
|---|---|---|---|---|---|---|---|



Exhibit A

Page 21



## JULIUS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 37818-US-002 | 3/7/2003 | 78/223,003 | 2/24/2004 | 2,817,356 | REGISTERED | 032 |

## JULIUS JUICERS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 37818-US-044 | 12/13/1994 | 74/610,514 | 12/26/1995 | 1,943,944 | REGISTERED | 32 |

## JULIUS SWIRL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 37818-US-036 | 7/12/1988 | 73/739,446 | 3/14/1989 | 1,529,920 | REGISTERED | 30 |

## Kangaroo design

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 33354-US-004 | 6/21/1978 | 73/175,338 | 2/12/1980 | 1,131,012 | REGISTERED | 42 |

## KARMELKORN

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 33354-US-006 | 6/21/1978 | 73/175,341 | 2/12/1980 | 1,131,014 | REGISTERED | 42 |
| UNITED STATES | 33354-US-008 | 6/21/1978 | 73/175,343 | 6/2/1981 | 1,156,546 | REGISTERED | 30,32 |

## KARMELKORN (stylized)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 33354-US-002 | 4/23/1932 | 71/326,426 | 5/23/1933 | 303,463 | REGISTERED | 11 |
| UNITED STATES | 33354-US-003 | 9/28/1950 | 71/604,153 | 4/21/1953 | 573,362 | REGISTERED | 30 |

## KARMELKORN Stylized

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 33354-US-001 | 3/22/1930 | 71/297,756 | 7/15/1930 | 272,775 | REGISTERED | 30 |
| UNITED STATES | 33354-US-007 | 6/21/1978 | 73/175,342 | 2/12/1980 | 1,131,015 | REGISTERED | 42 |

## KICKIN' APPETITES AND TAKIN' NAMES.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-176 | 8/26/2004 | 78/473,813 | 8/1/2006 | 3,124,607 | REGISTERED | 043 |

## MACHO MEAL Stylized

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-169 | 1/11/1990 | 74/018,309 | 1/22/1991 | 1,632,686 | REGISTERED | 042 |

## MISTY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-166 | 5/5/1993 | 74/388,352 | 3/28/1995 | 1,886,694 | REGISTERED | 32 |

## MOOLATTÉ

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-170 | 10/28/2003 | 78/319,832 | 12/14/2004 | 2,910,892 | REGISTERED | 030 |

## MR. MISTY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-094 | 8/15/1963 | 72/175,089 | 8/23/1966 | 813,437 | REGISTERED | 11 |
| UNITED STATES | 56941-US-111 | 10/20/1959 | 72/083,604 | 6/14/1960 | 699,518 | REGISTERED | 30 |

## MR. MISTY DESIGN

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-099 | 9/12/1963 | 72/176,768 | 3/7/1967 | 825,294 | REGISTERED | 11 |

## MR. MISTY KISS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-164 | 7/19/1967 | 72/276,297 | 5/12/1970 | 890,980 | REGISTERED | 30 |

## O Stylized

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 37818-US-015 | 9/2/1992 | 74/310,398 | 6/21/1994 | 1,841,521 | REGISTERED | 42 |

## OJ QUENCH CLUB

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 37818-US-057 | 10/17/2006 | 77/022,592 | 5/29/2007 | 3,246,025 | REGISTERED | 035 |

Exhibit _A_

Page _22_

**EXHIBIT B**

**ONE OF LIFE'S LITTLE PLEASURES**

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-103 | 10/21/1965 | 72/230,798 | 10/10/1967 | 836,897 | REGISTERED | |

**ORANGE JULIUS**

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 37818-US-031 | 4/16/1971 | 72/389,415 | 5/15/1973 | 959,088 | REGISTERED | 35 |
| UNITED STATES | 37818-US-032 | 1/10/1974 | 73/010,671 | 2/18/1975 | 1,004,982 | REGISTERED | 42 |
| UNITED STATES | 37818-US-056 | 6/22/2006 | 78/914,029 | 5/29/2007 | 3,247,123 | REGISTERED | 032 |

**ORANGE JULIUS (Slanted Stylized)**

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 37818-US-037 | 12/14/1988 | 73/769,315 | 8/22/1989 | 1,553,171 | REGISTERED | 32 |

**ORANGE JULIUS AND DESIGN**

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 37818-US-041 | 9/2/1992 | 74/310,400 | 5/3/1994 | 1,834,201 | REGISTERED | 29,30,32 35,42 |
| UNITED STATES | 37818-US-001 | 6/19/2002 | 78/136,959 | 12/23/2003 | 2,799,292 | REGISTERED | 042,030,032 |

**ORANGE JULIUS GRILL**

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 37818-US-039 | 2/28/1992 | 74/250,744 | 6/8/1993 | 1,776,094 | REGISTERED | 42 |

**PEANUT BUSTER**

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-138 | 11/30/1979 | 73/240,965 | 3/2/1982 | 1,191,280 | REGISTERED | 30 |

**PECAN MUDSLIDE**

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-051 | 4/15/1999 | 75/682,858 | 10/24/2000 | 2,398,803 | REGISTERED | 30 |
| UNITED STATES | 56941-US-188 | 10/12/2005 | 78/731,981 | 10/17/2006 | 3,157,675 | REGISTERED | 030 |

**PICTORIAL REPRESENTATION OF THE CONE WITH THE CURL ON TOP (New cone design)**

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-046 | 8/4/1983 | 73/437,865 | 6/18/1985 | 1,343,007 | REGISTERED | 30 |

**Q-POP Stylized**

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-016 | 8/7/1967 | 72/277,605 | 9/16/1969 | 877,108 | REGISTERED | 30 |

**ROYAL BANANA SPLIT**

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-061 | 10/2/1986 | 73/623,724 | 10/31/1989 | 1,563,580 | REGISTERED | 30 |

**ROYAL FUDGE 'N' CAKE**

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-073 | 12/16/1992 | 74/340,583 | 6/28/1994 | 1,842,471 | REGISTERED | 30 |

**ROYAL TREAT**

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-068 | 5/2/1989 | 73/797,294 | 4/6/1993 | 1,763,411 | REGISTERED | 42 |

**ROYAL TREATS**

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-077 | 10/13/1995 | 75/005,120 | 9/24/1996 | 2,003,084 | REGISTERED | 42 |

**SCRUMPDILLYISHUS**

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-172 | 2/19/2004 | 78/370,358 | | | ALLOWED | 43 |

**S'MORE GALORE**

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-131 | 10/8/1999 | 75/818,635 | 8/26/2003 | 2,754,759 | REGISTERED | 30 |

**STARKISS**

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-146 | 10/31/2002 | 78/180,610 | 9/16/2003 | 2,764,390 | REGISTERED | 30 |

Exhibit _A_

Page _23_

EXHIBIT B

**SUPER VALUE MEAL**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-112 | 11/15/2002 | 78/185,591 | 10/7/2003 | 2,771,807 | REGISTERED | 030 |

**THE BRAZIER**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-116 | 8/2/1961 | 72/125,194 | 9/18/1962 | 738,024 | REGISTERED | 42 |
| UNITED STATES | 56941-US-117 | 7/20/1962 | 72/149,445 | 12/3/1963 | 761,008 | REGISTERED | 29 |

**THE CONE WITH THE CURL ON TOP**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-021 | 3/10/1971 | 72/385,929 | 1/30/1973 | 952,201 | REGISTERED | 30 |

**THE EXPERTS IN SPECIALTY BLENDED DRINKS**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 37818-US-028 | 3/9/2000 | 75/940,690 | 6/5/2001 | 2,458,847 | REGISTERED | 42 |

**THE MAGIC IS IN THE DRINK**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 37818-US-012 | 2/10/1989 | 73/780,008 | 10/24/1989 | 1,562,479 | REGISTERED | 32 |

**THE ORIGINAL BLIZZARD ONLY AT DQ and Design**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-040 | 12/12/2000 | 76/179,783 | 3/4/2003 | 2,693,918 | REGISTERED | 30 |

**THE WORLD OF DQ & Design**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-167 | 5/12/1969 | 72/326,972 | 3/17/1970 | 887,920 | REGISTERED | 16 |

**TONGUE POW**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-196 | 9/12/2007 | 77/277,301 | | | PENDING | 030 |

**TREAT CAPITAL OF THE WORLD**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-183 | 9/29/2005 | 78/723,345 | | | ALLOWED | 043 |

**TREAT CENTER**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-057 | 11/18/1986 | 73/630,978 | 1/10/1989 | 1,520,317 | REGISTERED | 35,42 |

**TREATMEAL**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-197 | 12/19/2007 | 77/355,454 | | | PENDING | 030 |

**TREATWORKS**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-173 | 4/27/2004 | 78/408,901 | 7/18/2006 | 3,118,061 | REGISTERED | 43 |

**TRIPLEBERRY**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 37818-US-022 | 11/22/1995 | 75/023,265 | 8/5/1997 | 2,086,430 | REGISTERED | 32 |

**TWISTER CORN**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 33354-US-016 | 7/5/2002 | 78/141,527 | 6/3/2003 | 2,721,498 | REGISTERED | 030 |

**WAFFLE CONE SUNDAE Stylized**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-163 | 10/11/1989 | 73/830,669 | 5/22/1990 | 1,597,698 | REGISTERED | 30 |

**WE TREAT YOU RIGHT**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 56941-US-036 | 5/13/1980 | 73/261,980 | 10/13/1981 | 1,173,729 | REGISTERED | 42 |

**WE'RE POPPING IT FRESH! Stylized**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 33354-US-010 | 2/22/1988 | 73/712,525 | 2/21/1989 | 1,526,219 | REGISTERED | 42 |

END OF REPORT                                        TOTAL ITEMS SELECTED = 139

Exhibit __A__

Page __24__